# EXHIBIT 1

AOC-104          Doc. Code: CCCS
Rev. 1-24
Page 1 of 1

Commonwealth of Kentucky
Court of Justice          www.kycourts.gov

**CIVIL CASE COVER SHEET**

Case No. **26 CI 01316**

Court: _____

County: **JEFFERSON CIRCUIT COURT**
Division: **DIVISION ELEVEN (11)**

PLAINTIFF/PETITIONER *OR* IN RE/IN THE INTEREST OF:

Tyler S. Wolff

FILED IN CLERK'S OFFICE
DAVID L. NICHOLSON, CLERK

**FEB 13 2026**

BY _____ DEPUTY CLERK

DEFENDANT/RESPONDENT, *if applicable:*

Gamestop Corp.

☒ Check here if **YOU DO NOT HAVE AN ATTORNEY and are REPRESENTING YOURSELF**
(a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:** Place a "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS** *eFile Only
- ☐ Dissolution/Divorce with Children (DISSOC)
- ☐ Dissolution/Divorce without Children (DISSO)
- ☐ Paternity (PA)
- ☐ Custody (CUSTO)
- ☐ Child Support IV-D (SUPIV)
- ☐ Child Support Private Non IV-D (SUPPRI)
- ☐ URESA/UIFSA (UR)
- ☐ Visitation/Parenting Time (VISIT)
- ☐ Voluntary Termination of Parental Rights (VTPR)
- ☐ Involuntary Termination of Parental Rights (ITPR)
- ☐ Adoption (ADPT)
- ☐ Other: (DFOTH) *eFile not required

**PROBATE / ESTATE** *eFile Only
- ☐ Guardianship-Adult (GCADLT) *eFile not required
- ☐ Guardianship-Juvenile (GCJUV)
- ☐ Adult Conservatorship - Trusteeship (CONSVA)
- ☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
- ☐ Probate-Testate (with a will) (PBTEST)
- ☐ Probate-Intestate (without a will) (PBINT)
- ☐ Petition to Dispense with Administration (PBDIS)
- ☐ Name Change (NC)
- ☐ Will Contest (WC)
- ☐ Other: (PBOTH) *eFile not required

**TORT** (Injury) *eFile Only
- ☐ Automobile (AUTO)
- ☐ Intentional (INTENT)
- ☐ Malpractice-Medical (MDML)
- ☐ Malpractice-Other (MLOTH)
- ☐ Premises Liability (PREM)
- ☐ Product Liability (PROD)
- ☐ Property Damage (PD)
- ☐ Slander/Libel/Defamation (SLAND)
- ☐ Other: (PIOTH)

**REAL PROPERTY**
- ☐ Abandoned and Blighted Property Conservatorship (PC) *eFile Only
- ☐ Property Rights (PR) *eFile Only
- ☐ Condemnation (DOMAIN)
- ☐ Forcible Detainer - Eviction (FD) *eFile Only
- ☐ Forcible Entry (FENTRY)
- ☐ Foreclosure (FCL) *eFile Only
- ☐ Other: (COOTH) *eFile Only

**EMPLOYMENT** *eFile Only
- ☐ Employment-Discrimination (DSCR)
- ☐ Employment-Other (DISPU)

**CONSUMER** *eFile Only
- ☐ Seller Consumer Goods (DEBTG)
- ☐ Seller Consumer Services (DEBTS)
- ☐ Buyer Consumer Goods (BUYERG)
- ☐ Buyer Consumer Services (BUYERS)
- ☐ Credit Card Debt (CREDIT)
- ☐ Fraud (FRAUD)
- ☐ Other: (COOTH)

**APPEALS**
- ☐ Appeal from Administrative Agency (AB)
- ☐ Appeal from District Court (XI)
- ☐ Other: (OTH)

**MISC CIVIL**
- ☐ Constitutional Challenge (CCHAL)
- ☐ Habeas Corpus (HABEAS)
- ☐ Non-Domestic Relations Restraining Order (IP)
- ☐ Tax (TAX)
- ☐ Writs (WRITS)
- ☒ Other: (OTH) Rights of Publicity

**BUSINESS/COMMERCIAL** *eFile Only
- ☐ Business Tort (BCPI)
- ☐ Statutory Action (BCSA)
- ☐ Business Contract Dispute (BCCO)
- ☐ Other: (BCOTH)

A COPY ATTEST
DAVID L. NICHOLSON, CLERK
JEFFERSON CIRCUIT COURT
LOUISVILLE, KENTUCKY
BY _____ D.C.

# CIVIL SETTLEMENT DEMAND

**Re: Violations of Rights Of Publicity**

**From:** *Tyler S. Wolff*

**26 CI 01316**

**Address:** 2121 W. Gaulbert Ave. Louisville, KY 40210

**Email:** twolff1980@protonmail.com *(Postal and E-mail responses are requested to ensure solid communication.)*

**To:** *GameStop Corp.*

**Address:** GameStop Headquarters - 625 Westport Pkwy. Grapevine, TX 76051

JEFFERSON CIRCUIT C(
DIVISION ELEVEN (1

**Purpose of Settlement:**

**The settlement requested is to address the global recognition and impact of the imagery and meme of Tyler S. Wolff used as a corporate marketing tool and viral marketing agent on the X Corp. platform.**

**Notice of Intent to Settle:**

Tyler S. Wolff hereby notifies the owner of **GameStop Corp.**, X.com corporate accounts associated with GameStop Corp., that use the imagery of @greg16676935420 to advertise and promote on X.com of the intent to settle the matter civilly regarding the violation of Rights Of Publicity.

FILED IN CLERK'S OFFICE
DAVID L. NICHOLSON, CLERK

FEB 13 2026

BY _____ DEPUTY CLERK

**Agreement:**

**1). Monetary Settlement:**

A payment of **Thirty-Three Million Dollars ($33,000,000)** paid directly to Tyler S. Wolff for violations and in full satisfaction of useage of image and likeness claims.

**2). Account Disposition:**

GameStop Corp. engagement with the **'@greg16676935420'** account and imagery on X Corp. shall remain in control of creating corporate marketing engagement on the X Corp. Platform. This constitutes as a method for the owners of said accounts to continue to promote, engage and create impact on the X Corp. application known as X.com, while promoting common interests and other ventures; such as sponsorships, crypto-currency coins and cross-over brand relationships within the realm of the X.com platform. This settlement covers the violations yet *liberally* grants the ability to continue to allow GameStop Corp. and @greg16676935420 to advertise using the viral brand imagery of Tyler S. Wolff.

**3). Useage of Image and Likeness:**

Upon meeting the disclosed monetary demand for the violations, these specific Rights Of Publicity will be granted to the operators GameStop Corp. related accounts on X Corp. and @greg16676935420 to operate as they deem suitable within guidelines stated above. Tyler S. Wolff requests that all claims and likeness to the imagery are to be withheld, not be acknowledged publically as the entity behind the imagery upon fullfillment of any agreement. If GameStop Corp. wishes to expand upon Rights of Publicity brand imagery, an essential lay out of terms must be agreed upon prior to any financial agreements. Further *future* use of imagery and promotion outside of the mentioned boundaries, such as network television productions, movies, fictional documentaries, corporate video games, and commerials associated with GameStop Corp. and @greg16676935420 would require an additional Rights Of Publicity brand contract of the image and likeness associated with Tyler S. Wolff. Further use of the imagery by other noncorporate entities would be considered normal internet behavior and not a violation.

**4). Release of Claims:**

Upon fulfillment of these terms, Tyler S. Wolff agrees to release and discharge **all** parties involved from any further legal action or claims related to the issues described herein.

**5). No admission of Liability:**

This settlement does not constitute an admission of liability or wrongdoing by any party.

Signature: _Tyler S Wolff_    Date: _2/13/2026_

*Tyler S. Wolff*