**EXHIBIT 2**

NO:  26-CI-01316

JEFFERSON CIRCUIT COURT
DIVISION ELEVEN (11)
JUDGE BRIAN EDWARDS

*ELECTRONICALLY FILED*

**TYLER S. WOLFF**                                                                    **PLAINTIFF**

**v.**                                               **NOTICE OF FILING**
**NOTICE OF REMOVAL OF ACTION TO**
**UNITED STATES DISTRICT COURT**

**GAMESTOP CORP.**                                                               **DEFENDANT**

\* \* \* \* \*

1.      Defendant GameStop Corp. ("GameStop") hereby gives notice that it has removed this civil action from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division. A copy of the Notice of Removal by which GameStop effected such removal is attached hereto as **Exhibit A** and incorporated by reference herein.

2.      GameStop was not and has not been properly served in this action and only became aware of this matter on March 10, 2026, through a summons from the Kentucky Secretary of State mailed generically to GameStop's corporate headquarters, not served upon GameStop's registered agent or other person authorized to accept service on behalf of GameStop. GameStop did not, and does not hereby, waive service. However, without waiving any of its arguments that proper service was not effectuated, GameStop's Notice of Removal was filed timely.[1]

3.      The civil action is one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332 (diversity) and which may be removed to the United

---

[1] Plaintiff did not file a complaint in violation of CR 3.01.

1

States District Court by GameStop pursuant to 28 U.S.C. §1441, *et seq.* The basis for federal jurisdiction is explained in more detail in the attached notice of removal filed in the federal court.

4.    Pursuant to 28 U.S.C. § 1446(d), GameStop has provided written notice of the filing of the Notice of Removal to Tyler S. Wolff.

5.    In filing this Notice of Removal, GameStop expressly reserves and does not waive any defenses that may be available to it.

Respectfully submitted,

/s/ Christopher E. Schaefer
Christopher E. Schaefer
Trevor C. Warren
STOLL KEENON OGDEN PLLC
400 W. Market Street, Ste. 2700
Louisville, KY 40202
Tel:    (502) 333-6000
Fax:    (502) 333-6099
E-mail: christopher.schaefer@skofirm.com
E-mail: Trevor.Warren@skofirm.com

*Counsel for Defendant GameStop Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via U.S. Mail this 30th day of March 2026, upon the following:

Tyler S. Wolff
2121 W. Gaulbert Ave.
Louisville, KY 40210
*Pro Se Plaintiff*

/s/ Christopher E. Schaefer
*Counsel for Defendant GameStop Corp.*

2